UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:07CV239 RWS |
| | ) |
| JOSEPH BARTHOLOMEW, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

# **MEMORANDUM AND ORDER**

This matter is before me on the second motions for good faith finding filed by defendant Norsigian. The Court previously denied the motions without prejudice on the record after a hearing on March 6, 2008. Norsigian has refiled the motions, but they are the same as the previously filed motions. No terms of the settlement have changed, and defendant Bartholomew continues to object to a good faith finding for the same reasons previously stated. Because the terms of the settlement remain the same and neither Norsigian nor the plaintiffs have come forward with any Missouri law demonstrating that they are entitled to a good faith finding for their settlement, I will deny the motions for the same reasons I stated at the March 6, 2008 hearing. This ruling is without prejudice to the right to refile the motions if the terms of the settlement or the circumstances of the case change.

Accordingly,

**IT IS HEREBY ORDERED** that the motions for settlement good faith finding [#50 and #51] are denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of March, 2008.