UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:07CV239 RWS |
| | ) |
| JOSEPH BARTHOLOMEW, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before me on the third motions for good faith finding filed by defendant Norsigian. The Court has twice denied the motions without prejudice. Norsigian has refiled the motions, but the terms of the settlement have changed. In particular, the parties have settled Mrs. Dace's loss of consortium claim for a smaller sum of money than Mr. Dace's claims. Although defendant Bartholomew continues to object on the same grounds, under these new terms I believe that the parties are now entitled to a good faith finding for their settlement.

Accordingly,

**IT IS HEREBY ORDERED** that the motions for settlement good faith finding [#55 and #56] are granted, and the settlement entered into between plaintiffs and defendant Norsigian is in good faith pursuant to Missouri statutes.

**IT IS FURTHER ORDERED** that plaintiffs' claims against defendant Norsigian are dismissed with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 7th day of April, 2008.