UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV239 RWS |
| ) | |
| JOSEPH BARTHOLOMEW, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on defendant Bartholomew's motion to amend my April 7, 2008 Order granting the motion for good faith finding. I granted the motion after carefully considering all the evidence before me. Because I continue to believe that my decision is correct, I will deny the motion to amend. Accordingly,

**IT IS HEREBY ORDERED** that the motion to amend [#65] is denied.

**IT IS FURTHER ORDERED** that the motion for leave to file amended affirmative defenses [#63] is granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of April, 2008.