UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV239 RWS |
| ) | |
| JOSEPH BARTHOLOMEW, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

Without objection,

**IT IS HEREBY ORDERED** that plaintiffs' motion for leave to file second amended complaint [#83] is granted, and the second amended complaint is deemed filed as of this date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2008.