UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV239 RWS |
| ) | |
| JOSEPH BARTHOLOMEW, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For the reasons stated on the record during the pretrial hearing held on October 7, 2008,

**IT IS HEREBY ORDERED** that plaintiffs' motion in limine [#113] is granted in part and denied in part as stated on the record.

**IT IS FURTHER ORDERED** that there will be a status hearing to discuss the trial setting in this matter on **October 8, 2008 at 11:30 a.m. in the chambers of the undersigned. The parties need not appear in person if they agree on the proposed November 10, 2008 trial setting and call my chambers before the conference to advise me of their agreement.**

**IT IS FURTHER ORDERED** that parties are granted leave to file supplemental briefs on the issues discussed during the October 7, 2008 hearing

related to the issues of imputed negligence and lost wages.  **These briefs shall be filed no later than noon on Tuesday October 14, 2008 and shall not exceed ten (10) pages in length.**

**IT IS FURTHER ORDERED** that the **pretrial hearing in this matter is continued to October 16, 2008 at 2:00 p.m. in Courtroom 10-South.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2008.