UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV239 RWS |
| ) | |
| JOSEPH BARTHOLOMEW, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For the reasons stated during today's status conference and for good cause shown,

**IT IS HEREBY ORDERED** that defendant's motion for continuance [#165] is granted, and the **jury trial of this matter, previously set for October 14, 2008, is continued to Monday, November 10, 2008 at 9:00 a.m. in Courtroom 10-South. This is a three week docket.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2008.