UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:07CV239 RWS ) |
| JOSEPH BARTHOLOMEW, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For the reasons stated on the record during the pretrial hearing,

**IT IS HEREBY ORDERED** that the following motions in limine filed by defendant are granted: 94, 95, 96, 98, 99, 103, 104, and 110.

**IT IS FURTHER ORDERED** that the following motions in limine filed by defendant are denied: 97,100, 101, 102, 105, 106, 107, 108, 109, 111, and 112.

**IT IS FURTHER ORDERED** that the following motions in limine filed by plaintiffs are denied: 119, 121, and 123.

**IT IS FURTHER ORDERED** that the motions to strike [#166 and #190] are denied.

**IT IS FURTHER ORDERED** that the motions to quash [#177 and #178] are granted.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of October, 2008.