UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DONALD DACE, et al., )
)
      Plaintiffs, )
)
   vs. )      Case No. 4:07CV239 RWS
)
JOSEPH BARTHOLOMEW, et al., )
)
)
      Defendants. )

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion for leave to file a second

supplemental exhibit list and plaintiffs' objection to defendant's exhibit list.

Plaintiffs first claim that their objections are timely filed because they are filed at

least ten days before trial in compliance with the case management order.

Plaintiffs are wrong. The case management order measured all pretrial deadlines

from the first trial date, which has now been moved to November 10, 2008. The

order moving the trial date did not grant the parties leave to file additional pretrial

materials. The deadline to file pretrial materials, and objections thereto, has

expired. Therefore, I will summarily overrule plaintiffs' objections to defendants'

exhibit list.

For this reason, I am also denying the motion to file a supplemental exhibit

list.  Plaintiffs offer no explanation for why these exhibits are being offered out of time, and their motion implies that at least one of these exhibits may not have even been previously disclosed to defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' objections to defendant's exhibit list [#193] are overruled, and plaintiffs' motion for leave to file supplemental exhibit list [#194] is denied.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE


Dated this 3rd day of November, 2008.