UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD DACE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:07CV239 RWS |
| ) | |
| JOSEPH BARTHOLOMEW, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

Having been advised by counsel that this case has settled,

**IT IS HEREBY ORDERED** that defendant is granted an extension of time, up to and including **November 12, 2008**, to pay plaintiffs the amount of $12,500.00 for reimbursement of costs or to seek reconsideration of this Court's Memorandum and Order dated this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of November, 2008.