UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| DONALD DACE, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:07CV239 RWS |
|  | ) |  |
| JOSEPH BARTHOLOMEW, et al., | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant's motion to reconsider my Memorandum and Order dated November 5, 2008, granting plaintiffs' motion for costs. Having carefully considered the defendant's arguments in support of reconsideration, I continue to believe that my previous decision granting plaintiffs' motion for costs was the correct one. As I explained in my prior Memorandum and Order, the $12,500.00 sought by plaintiffs is the actual amount paid to plaintiffs' expert for the cost of continuing the trial and is reasonable. Because defendant's motion presents no new arguments that convince me my prior decision was in error, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for reconsideration

[#203] is denied.

**IT IS FURTHER ORDERED** that <u>**defendant shall comply with my November 5, 2008 Memorandum and Order and pay plaintiffs the amount of $12,500.00 by November 26, 2008.**</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2008.